# United States Bankruptcy Court
## District of Minnesota

In re  **Matthew Dale Ames** _____  
                                Debtor(s)

Case No. _____  
Chapter  **7**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☐ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☑ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  ☑ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _____[signature]_____     Date: **7/8/21**

*************************************************************

☐ **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____     Date: _____

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, **routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| B4U | 001001 | 000001 | | 0000190001 | 1 | |

# Earning Statement



ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Period Beginning: 04/26/2021
Period Ending: 05/09/2021
Pay Date: 05/14/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  MN: 1

MATTHEW D AMES
222 RIDGEWOOD AVE
MINNEAPOLIS MN 55403-3507

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3600.00 | 80.00 | 3,600.00 | 28,800.00 |
| **Gross Pay** | | | **$3,600.00** | 28,800.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -558.67 | 4,469.36 |
| | Social Security Tax | -223.20 | 1,785.60 |
| | Medicare Tax | -52.20 | 417.60 |
| | MN State Income Tax | -208.24 | 1,665.92 |
| | Other | | |
| | Roth | -360.00 | 2,880.00 |
| **Net Pay** | | | **$2,197.69** | |
| | Checking | -2,097.69 | |
| | Checking | -100.00 | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligble Wages | 3,600.00 | 28,800.00 |
| Pto | 169.21 | |
| Volunteer Hours | 16.00 | |
| 401K Match | 144.00 | 1,152.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 952 217 2071

BASIS OF PAY: SALARY

Your federal taxable wages this period are
$3,600.00

© 2000 ADP, LLC

ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Advice number: 00000190001
Pay date: 05/14/2021

Deposited to the account of
MATTHEW D AMES

| account number | transit | ABA | amount |
|---|---|---|---|
| | XXXX | XXXX | $2,097.69 |
| | XXXX | XXXX | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | C | VCHR | |
|---|---|---|---|---|---|
| B4U | 001001 | 000001 | | 0000210001 | 1 |

# Earnings Statement

**ADP**

ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Period Beginning: 05/10/2021
Period Ending: 05/23/2021
Pay Date: 05/28/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  MN: 1

MATTHEW D AMES
222 RIDGEWOOD AVE
MINNEAPOLIS MN 55403-3507

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3600.00 | 80.00 | 3,600.00 | 32,400.00 |
| Gross Pay | | | $3,600.00 | 32,400.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -558.67 | 5,028.03 |
| | Social Security Tax | -223.20 | 2,008.80 |
| | Medicare Tax | -52.20 | 469.80 |
| | MN State Income Tax | -208.24 | 1,874.16 |
| | Other | | |
| | Roth | -360.00 | 3,240.00 |
| | Net Pay | $2,197.69 | |
| | Checking | -2,097.69 | |
| | Checking | -100.00 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligble Wages | 3,600.00 | 32,400.00 |
| Pto | 176.90 | |
| Volunteer Hours | 16.00 | |
| 401K Match | 144.00 | 1,296.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 952 217 2071

BASIS OF PAY: SALARY

Your federal taxable wages this period are $3,600.00

© 2000 ADP, LLC

ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Advice number: 00000210001
Pay date: 05/28/2021

Deposited to the account of
MATTHEW D AMES

| account number | transit ABA | amount |
|---|---|---|
| XXXX | XXXX | $2,097.69 |
| XXXX | XXXX | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| B4U | 001001 | 000001 | | 0000230001 | 1 |

# Earnings Statement

**ADP**

ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Period Beginning:   05/24/2021
Period Ending:      06/06/2021
Pay Date:           06/11/2021

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   1
  MN:        1

MATTHEW D AMES
222 RIDGEWOOD AVE
MINNEAPOLIS MN 55403-3507

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular  | 3600.00 | 80.00 | 3,600.00 | 36,000.00 |
| Holiday  |         | 8.00  |          |           |
| **Gross Pay** | | | **$3,600.00** | 36,000.00 |

| Deductions | | this period | year to date |
|------------|---|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -558.67 | 5,586.70 |
| Social Security Tax | | -223.20 | 2,232.00 |
| Medicare Tax | | -52.20 | 522.00 |
| MN State Income Tax | | -208.24 | 2,082.40 |
| **Other** | | | |
| Roth | | -360.00 | 3,600.00 |
| **Net Pay** | | **$2,197.69** | |
| Checking | | -2,097.69 | |
| Checking | | -100.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Eligble Wages | 3,600.00 | 36,000.00 |
| Pto | 184.59 | |
| Volunteer Hours | 16.00 | |
| 401K Match | 144.00 | 1,440.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 952 217 2071

BASIS OF PAY: SALARY

Your federal taxable wages this period are $3,600.00

© 2000 ADP, LLC

---

ESCAPE INC
222 RIDGEWOOD AVE
MINNEAPOLIS, MN 55403

Advice number:   00000230001
Pay date:        06/11/2021

Deposited to the account of
MATTHEW D AMES

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | XXXX XXXX | | $2,097.69 |
| | XXXX XXXX | | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**