**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Matthew Dale Ames

Case No: 21−41220 − MER

Debtor(s)

Chapter 7 Case

**NOTICE TO AMEND PETITION REGARDING NAME/ADDRESS**

To: Michael K. Hoverson, Attorney for Debtor(s)

The petition in this case filed on July 8, 2021 contained mistakes and must be amended for the following reasons:

**Deficiency:** fdba Fay's Food LLC and fdba Number 2 LLC should be asfs.

Please use the attached form to make the necessary amendment. There are two separate sections to the form: one to correct a name and the other to correct the address. When no correction is necessary, please insert "NO CHANGE" in that section. Otherwise, please insert the correct information as necessary in the appropriate section.

Please file the amendment within seven calendar days after the date of this notice. If correcting or changing a name or address, please file the amendment using the Amended petition re: Name/address event in CM/ECF.

Thank you for your cooperation.

Dated: 7/9/21

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: Grace
Deputy Clerk

**mnbcnamp** Update 12/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Matthew Dale Ames

Case No: 21−41220

Debtor(s)

Chapter 7 Case

**AMENDMENT TO PETITION REGARDING NAME/ADDRESS**

To: Clerk of Bankruptcy Court

The original petition filed on _____ is amended as follows:

_____

<u>Name</u>

The correct name(s) of the Debtors(s)
including AKA,DBA, or ASF if any,
is (are):

_____

<u>Address</u>

The correct address(es) of the Debtor(s),in
_____County, is (are):

_____

VERIFICATION: I (We), debtor(s) named in the foregoing amended schedule, declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____   Signed: _____
Signed: _____   Debtor1
Attorney for Debtor(s)
Print Attorney Name _____   Signed: _____
Attorney Address: _____   Debtor2 (if joint case)
_____
Phone Number: _____
License Number: _____

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 21-41220-MER |
| Matthew Dale Ames | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 09, 2021 | Form ID: mnbcnamp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew Dale Ames, 222 Ridgewood Avenue, Minneapolis, MN 55403-3507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael K. Hoverson | on behalf of Debtor 1 Matthew Dale Ames hoverson@bitstream.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 2