## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Matthew Dale Ames

Debtor(s)

Case No: 21-41220

Chapter 7 Case

### AMENDMENT TO PETITION REGARDING NAME/ADDRESS

To: Clerk of Bankruptcy Court

The original petition filed on __7/8/2021__ is amended as follows:

**Name**

The correct name(s) of the Debtors(s) including AKA, DBA, or ASF if any, is (are):

Matthew Dale Ames
ASF Escape Inc
ASF Mn Pro Paintball Inc
ASF Bass Co Entertainment LLC
ASF Number 2 LLC
ASF Fray's Ford LLC

**Address**

The correct address(es) of the Debtor(s), in _____ County, is (are):

"NO CHANGE"

VERIFICATION: I (We), debtor(s) named in the foregoing amended schedule, declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/10/2021
Signed: /s/ Michael K. H.
Attorney for Debtor(s)
Print Attorney Name: Michael K. Hoverson
Attorney Address: 333 Washington Ave N.
Ste 300, Minneapolis MN 55401
Phone Number: (612) 349-2728
License Number: 0175648

Signed: Matt Ames
Debtor1

Signed: _____
Debtor2 (if joint case)

**UNSWORN CERTIFICATE OF SERVICE**

July 13, 2021

RE: Matthew Dale Ames
    Chapter 7 Case No. 21-41220

I certify that on July 13, 2021 I caused the attached letter(s) and documents to be served on the party(ies) named in the attached letter and matrix on the above-mentioned date, by placing true and correct copies thereof in envelopes addressed to each party listed on the attached letter and matrix and deposited the same in the United States Mail, Minneapolis, Minnesota.

Dated: July 13, 2021

                                /e/ Michael K. Hoverson
                                Hoverson Law Offices, P.A.
                                Attorney for Debtors
                                333 Washington Avenue N., Suite 300
                                Minneapolis, MN 55401
                                (612) 349-2728
                                Attorney I.D. No. 175948

July 13, 2021

TO: All interested parties and creditors listed on attached matrix

RE: Matthew Dale Ames
    Chapter 7 Case No. 21-41220

Enclosed herein and served upon you by U.S. Mail please find **AMENDMENT TO PETITION REGARDING NAME/ADDRESS,** in the above-mentioned matter.

Sincerely,

/e/Michael K. Hoverson

Michael K. Hoverson
Attorney at Law

Enclosures

cc: Matthew Ames

```
AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998


AMERICAN NATIONAL BANK
PO BOX 2139
OMAHA NE 68103


ARTHRITIS & RHEUMATOLOGY CONSU
7600 FRANCE AVE S STE 5100
EDINA MN 55435


AT&T
BANKRUPTCY DEPT
4331 COMMUNICATIONS DR FLR 4W
DALLAS TX 75211


BEST & FLANAGAN LLP
60 SOUTH 6TH ST STE 2700
MINNEAPOLIS MN 55402


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130


CDC SMALL BUSINESS FINANCE COR
2448 HISTORIC DECATUR RD
STE 200
SAN DIEGO CA 92105


CENTUY LINK
PO BOX 2956
PHOENIX AZ 85062


CHILDRENS HEALTH CARE
PO BOX 860609
MINNEAPOLIS MN 55486
```

```
CITY OF WAUWATOSA
7725 W NORTH AVE
MILWAUKEE WI 53213


COMCAST
1800 BISHOPS GATE BLVD
MOUNT LAUREL NJ 08054


CREATIVE WORKS
350 BRIDGE ST
MOORESVILLE IN 46158


FORD MOTOR CREDIT
PO BOX 650575
DALLAS TX 75265


FRANKFORT AVE LLC
1300 W MAIN ST
LOUISVILLE KY 40203


G&I IX MINNESOTA INDUSTRIAL JV
PO BOX 856159
MINNEAPOLIS MN 55485


GROUPON
600 WEST CHICAGO AVE
CHICAGO IL 60654


HOLYOKE CROSSING LLC
PO BOX 967
LAKEVILLE MN 55044-4000


INDIANA DEPT OF REVENUE
PO BOX 40
INDIANAPOLIS IN 46206
```

```
INDIANA UNEMPLOYMENT
10 NORTH SENATE AVE
INDIANAPOLIS IN 46204



INTERNAL REVENUE SERVICE
INSOLVENCY ADMINISTRATION
PO BOX 7346
PHILADELPHIA PA 19101-7346



JOHN STOEBNER
120 S 6TH ST STE 2500
MINNEAPOLIS MN 55402



KENTUCKY DEPT OF REVENUE
501 HIGH STREET
FRANKFORT KY 40601



KENTUCKY UNEMPLOYMENT
500 MERO STREET
FRANKFORT KY 40601



LCA COLLECTIONS LABORATORY
PO BOX 2240
BURLINGTON NC 27216



M HEALTH FAIRVIEW
PO BOX 199
MINNEAPOLIS MN 55440



MARION COUNTY TREASURER
200 E WASHINGTON ST STE 1001
INDIANAPOLIS IN 46204



MB PROPERTIES
50 SOUTH 6TH ST STE 1413
MINNEAPOLIS MN 55402
```

```
MINNESOTA DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447
SAINT PAUL MN 55164



MINNESOTA UNEMPLOYMENT
PO BOX 4629
SAINT PAUL MN 55101



MISSOURI DEPT OF REVENUE
PO BOX 840
JEFFERSON CITY MO 65105



MISSOURI UNEMPLOYMENT
PO BOX 3375
JEFFERSON CITY MO 65105



MN PRO PAINTBALL INC
222 RIDGEWOOD AVENUE
MINNEAPOLIS MN 55403



PAYPAL WORKING CAPITAL
PO BOX 45950
OMAHA NE 68145



R&M CONSULTING
1411 FLAG AVE S
ST LOUIS PARK MN 55426



RICHARD R SKILES
SKILES DETRUDE
150 E MARKET ST STE 200
INDIANAPOLIS IN 46204



RYAN MUHLBAUER
1411 FLAG AVE S
ST LOUIS PARK MN 55426
```

```
SBA
PO BOX 3918
PORTLAND OR 97208



SCHECHTER DOKKEN KANTER
100 S WASHINGTON AVE STE 1600
MINNEAPOLIS MN 55401



SPECTRUM BUSINESS
CHARTER COMMUNICATIONS
PO BOX 94188
PALATINE IL 60094



TAN REAL ESTATE HOLDINGS LLC
1 EAST 19TH ST STE 200
MINNEAPOLIS MN 55403



TARA DACTAL LLC
150 E MARKET ST STE 200
INDIANAPOLIS IN 46204



THE DRUML COMPANY LLC
10425 W NORTH AVE STE 245
MILWAUKEE WI 53226



TORO EXMARK
PO BOX 6403
SIOUX FALLS SD 57117



UNITED STATES TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415



UNIVERSITY OF MN PHYSICIANS
720 WASHINGTON AVE SE
MINNEAPOLIS MN 55414
```

```
US BANK
BANKRUPTCY DEPT
PO BOX 5229
CINCINNATI OH 45201



WISCONSIN DEPT OF REVENUE
PO BOX 8902
MADISON WI 53708



WISCONSIN UNEMPLOYMENT
PO BOX 7946
MADISON WI 53707
```